UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHENYU HOU, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CHAD WOLF, et al.,<br><br>　　　　　Defendants. | Case No.  20-cv-02339-SVK<br><br>**ORDER TO CORRECT STIPULATION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 10 |

On June 11, 2020, the parties filed a stipulation for extension of time. Dkt. 10. The document is neither signed nor dated with the sole exception of the "deemed" signature of Assistant United States Attorney Winslow. The parties are directed to refile the document in compliance with Civil Local Rules 5-1(i) and 7-12. Electronic signatures are sufficient.

**SO ORDERED.**

Dated: June 11, 2020

SUSAN VAN KEULEN
United States Magistrate Judge