DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6925
    FAX: (415) 436-6748
    Sara.winslow@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZHENYU HOU, et al, <br><br> Plaintiffs, <br><br> v. <br><br> CHAD WOLF, Acting Secretary of the Department of Homeland Security, et al., <br><br> Defendants. | C 20-2339 SVK <br><br> **STIPULATION TO EXTEND DATES and [~~PROPOSED~~] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiffs filed this action on or about April 7, 2020. Defendants' response is due on June 12, 2020.

    2. USCIS scheduled an interview for Plaintiff, Zhenyu Hou, on July 1, 2020. The agency will adjudicate Mr. Hou's application within 3 weeks after the interview.

    3. The parties therefore request an extension of time, giving Defendants until August 10, 2020 to respond.

Stip to Extend Time
C 20-2339 SVK                       1

4. The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Currently, if Plaintiffs have not filed a motion for summary judgment by 90 days after the Complaint was filed, or July 6, 2020, Defendants must file a motion for summary judgment by 120 days after the Complaint was served, or August 11, 2020. In light of the requested extension for Defendants' response to the Complaint, the parties request that, if Plaintiffs have not filed a motion for summary judgment by September 10, 2020, Defendants must file their motion for summary judgment by October 9, 2020.

Date: June 11, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
SARA WINSLOW
Assistant United States Attorney
Attorneys for Defendants

Date: June 11, 2020

_____/s/_____
JUSTIN WANG
Attorney for Plaintiffs

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. Defendants' response to the Complaint is due by August 10, 2020. If Plaintiffs have not filed a motion for summary judgment by September 10, 2020, Defendants must file their motion for summary judgment by October 9, 2020.

IT IS SO ORDERED.

Date: June 12, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge